# DECISIONS IN CASES NOT REPORTED.

## FIRST DEPARTMENT, OCTOBER TERM, 1893.

The First National Bank of Plainfield, Appellant, v. Augustus B. Carrington and Others, Respondents.— Judgment reversed and new trial ordered, with costs to the appellant to abide event. Opinion by Van Brunt, P. J. (Opinion not published by direction of the court.)

Gerhard Wessels and Others, Appellants, v. Gustavus A. Boeltcher, Defendant; George W. McKenzie, Respondent.— Order affirmed, without opinion, with ten dollars costs and disbursements.

Gustavus Wolfers, Plaintiff, v. John J. Duffield, Impleaded, etc., Respondent; Mary T. Hayes, Impleaded, Appellant.— Order affirmed, without opinion, with ten dollars costs and disbursements.

Wade B. Davis, Appellant, v. Julius C. Schlachter, Respondent, Impleaded, etc.— Order affirmed, with costs. No opinion.

Selig Maas and Others, Appellants, v. Abraham Falk and Others, Respondents.— Judgment affirmed, with costs, on opinion of court below.

The Mayor, etc., of the City of New York, Respondent, v. The Manhattan Railway Company, Appellant.— Judgment affirmed, with costs, on opinion of court below.

The Breckenridge Company, Limited, Respondent, v. James D. Perkins and Others, Appellants.— Order affirmed, with ten dollars costs and printing disbursements.

Paul C. Grening, Appellant, v. George Malcon, Respondent — Order affirmed, with ten dollars costs and printing disbursements.

Maurice Jacobs, Respondent, v. Water Overflow Preventive Company, Appellant.— Order reversed and motion granted in accordance with directions in opinion, with ten dollars costs and disbursements of appeal, and ten dollars costs of motion.—

Appeal by the defendant, the Water Overflow Preventive Company, from an order of the Supreme Court, made at the New York Special Term, and entered in the office of the clerk of the county of New York on June 30, 1893, denying defendant's motion for a bill of particulars of the plaintiff's claim.

PER CURIAM: This is an action for the recovery of damages for the publication of matter alleged to be defamatory. It is alleged in the complaint that, by reason of the publication, the plaintiff has been greatly injured in his reputation and business. The following is the allegation of special damages sought to be recovered: "That by reason of the sending of said circulars,. many persons, firms and corporations were intimidated and canceled contracts already made with him (said plaintiff), and declined and refused to enter into contracts with him, for the lease or sale to them of said patent or invention, whereby this plaintiff was put to serious pecuniary loss and injury, to his damage ten thousand dollars." It has been several times held that when special damages are sought to be recovered, the particulars relating to those damages must be given. (N. Y. Infant Asylum v. Roosevelt, 35 Hun, 501; Dwight v. Germania Life Ins. Co., 84 N. Y. 492; Kraft v. Dingee, 38 Hun, 345; Childs v. Tuttle, 48 id. 228; Peabody v. Cortado, 18 N. Y. Supp. 622.) The plaintiff should state the names and addresses of the persons, firms and corporations who were intimidated and canceled contracts entered into with him, and who refused to contract with him, by reason of the publication set out in the complaint. The order should be reversed and the motion granted in accordance with this opinion, with ten dollars costs and disbursements of appeal, and ten dollars costs of motion.

George H. Barnes, Respondent, v. Louis W. Schroder. Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Albert G. Voight, Appellant, v. William E. Widgeley, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The Bangor Central Slate Company, Respondent, v. The Bangor Southern Slate Company, Limited, Appellant. — Judgment affirmed, with costs, and with leave to answer over upon payment of costs of appeal and of the court below.

Edward L. Milhau, Individually, etc., Appellant, v. Louis John and Others, Respondents.— Order affirmed.

Catherine Willoughby, Respondent, v. Julius Ehrmann, Appellant.— Order reversed and motion granted.

Annie Weed, Respondent, v. Robert M. Weed, Appellant.— Judgment affirmed, with costs.

The People of the State of New York, Respondent, v. Alexander Meakim and Others, Appellants.— Judgment affirmed on opinion of Ingraham, J., in court below.

Henry A. Siebrecht and Another, Appellants, v. Thomas J. Gilroy and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements, on opinion of court below.

The People of the State of New York ex rel. James J. Raymond, Appellant, v. Thomas F. Gilroy and Others, Respondents.— Order affirmed, with disbursements, on opinion of court below.

The People of the State of New York ex rel. John H. Young, Appellant, v. Thomas F. Gilroy and Others, Respondents.— Order affirmed, with disbursements, on opinion of court below.

Gustavus Wolfers v. John J. Duffield and Others.— Order affirmed, with costs.—

Appeal by Mary J. Vaughan, from an order of the Supreme Court, made at the New York Special Term, and entered in the office of the clerk of the county of New York on the 15th day of July, 1893, denying the motion of the said Mary J. Vaughan, that the proceedings in the above-entitled action for the distribution of surplus moneys be stayed.

PER CURIAM: As in the surplus proceedings all questions as to the fraudulent character of the conveyances can be tested, there seems to be no reason why these proceedings should be stayed until the revival and trial of an action commenced sixteen years ago. The appellant in that action would have no right to a trial by jury, if it is an action to set aside a conveyance as fraudulent. If the appellant's action is for the recovery of damages for fraud and deceit, a recovery in the action would in no way establish any lien upon the surplus moneys in the proceeding. The order appealed from should be affirmed, with costs.

The People of the State of New York ex rel. Louis L. Lorillard, Respondent, v. Edward P.